DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

ATTORNEY FOR DEFENDANT: RONSON HOLLAND-WALTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONSON HOLLAND-WALTON,<br><br>    Defendant. | CASE NO.  2:23-CR-00018-TLN<br><br>**STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER**<br><br>DATE: May 11, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Ronson Holland-Walton, by and through Defendant's counsel of record, hereby stipulate as follows:

1. On January 31, 2023, Federal Supervisee Ronson Holland-Walton made his initial appearance on a Petition for Violation of Supervised Release.   The Court ordered Ronson Holland-Walton temporarily detained and set the matter for a Preliminary Examination on February 14, 2023. (ECF 4.)

2. On February 14, 2023, the defendant waived the Preliminary Examnation under Federal Rule of Criminal Procedure 32.1(b)(1)(A), and requested that the hearing be vacated.  In addition, the court detained the defendant and set the matter for an Admit/Deny Hearing on March 30, 2023.  (ECF 11.)

3. On March 29, 2023, based on the parties' stipulation and request, the Court set the matter for an Admit/Deny Hearing on May 11, 2023.  (ECF 14.)

4. By this stipulation, Defendant requests that the Admit/Deny Hearing on May 11, 2023 be

1

continued until June 29, 2023 at 9:30 a.m.

5. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant was appointed on January 31, 2023.

b) The local charge underlying the new law violation allegation will not be heard in state court until May 25, 2023, at which time, the defendant expects that the local charges against him may be dismissed.

c) Counsel for government and defendant desire additional time to obtain the pertinent documents and records in this case. Specifically, the case underlying the new law violation alleged in Charge One of the petition.

d) Counsel for defense desires additional time to subsequently conduct investigation and research related to the allegation, to consult with her client, and to discuss potential resolution options.

e) The government does not object to the request to set the matter for an Admit or Deny hearing on June 29, 2023 at 9:30 a.m. before District Judge Troy L. Nunley.

IT IS SO STIPULATED.

Dated: May 5, 2023
/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
RONSON HOLLAND-WALTON

Dated: May 5, 2023
PHILLIP A. TALBERT
United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of May, 2023.

_____
Troy L. Nunley
United States District Judge