UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 27, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00018-TLN |
|---|---|
| Plaintiff, | |
| RONSON HOLLAND-WALTON, | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| Defendant. | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RONSON HOLLAND-WALTON, Case No. 2:23-CR-00018-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

\_\_\_\_\_    Release on Personal Recognizance

\_\_\_\_\_    Bail Posted in the Sum of $ _____

    \_\_\_\_\_    Unsecured Appearance Bond $ _____

    \_\_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_\_    Appearance Bond with Surety

    \_\_\_\_\_    Corporate Surety Bail Bond

      X     (Other): TIME SERVED.

Issued at Sacramento, California on July 27, 2023.

By:   _/s/ Troy L. Nunley_

District Judge Troy L. Nunley